*E-FILED*
October 11, 2005

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA CLARA VALLEY
TRANSPORTATION AUTHORITY,

    Plaintiff,

  v.

BUCK CONSULTANTS, INC., et al.,

    Defendants.
_____/

No. C 05-02797 RS

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    Due to the unavailability of the court, the Case Management Conference in the above-entitled matter currently set for November 9, 2005 at 2:30 p.m. is continued to **November 16, 2005 at 2:30 p.m.** The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than November 9, 2005.  The parties shall file a joint Case Management Conference Statement no later than November 9, 2005.

Dated:  October 11, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Russell D. Atkinson, Esq.
Email: Russell.Atkinson@vta.org

Theodore T. Ting, Esq.
Email: tting@chrm.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated:  October 11, 2005

                                              /s/ BAK
                                              Chambers of Magistrate Judge Richard Seeborg