1  SUZANNE B. GIFFORD, SB #34893
   General Counsel
2  RUSSELL D. ATKINSON, SB #58736
   Senior Assistant Counsel
3  Santa Clara Valley Transportation Authority
   3331 North First Street, C-2
4  San Jose, CA  95134-1906
   Telephone:  voice 408/321-5550; fax: 408/321-7547
5  E-mail: Russell.Atkinson@vta.org
   Attorneys for Plaintiff
6

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

7                UNITED STATES DISTRICT COURT

8          NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION
9

10 | SANTA CLARA VALLEY TRANSPORTATION  )  Case No. C 05 02797 JW
11 | AUTHORITY,                         )
   |                         Plaintiff, )  **STIPULATION TO EXTEND TIME**
12 |                                    )  **FOR INITIAL CASE MANAGEMENT**
   |        v.                          )  **CONFERENCE**
13 |                                    )
   | BUCK CONSULTANTS, INC., a corporation; )
14 | MELLON CONSULTANTS, INC., a corporation; ACS )  Honorable James Ware
   | HUMAN RESOURCES SOLUTIONS, INC., a  )         01/23/06
15 | corporation, MELLON HUMAN RESOURCES & )  Date: January ~~15,~~ 2006
   | INVESTOR SOLUTIONS, INC., a corporation, )
16 |                                    )  Time: 10:00 a.m.
   |                        Defendants. )
17 |_____)

18        The parties is this matter have reached a tentative settlement.  The settlement cannot be finalized

19 until the Board of Directors of Plaintiff, a public agency, has approved the terms thereof.  The earliest this

20 can be accomplished is the next monthly Board of Directors meeting, which is scheduled to take place on

21 December 1, 2005.  It is anticipated that the requisite paperwork resolving the case can be completed within

22 the two weeks following that date.

23        Accordingly, a case management conference (CMC), as is currently scheduled for November 14,

24 2005, would serve little purpose.  The parties therefore hereby stipulate to extend the date and time for the

25 CMC to January ~~15,~~ 2006 at 10:00 a.m.
              January 23, 2006
26 ///

27 ///

28 ///

STIPULATION TO EXTEND DATE AND TIME OF CMC

Page 1

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 | _____<br>Date |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 | __11/3/05_____<br>Date |

SUZANNE B. GIFFORD

_____
RUSSELL D. ATKINSON
Senior Assistant Counsel
Attorneys for Plaintiff
SANTA CLARA VALLEY
TRANSPORTATION AUTHORITY

REED SMITH LLP

_____
Theodore T. Ting
Attorneys for Buck Consultants, Mellon Consultants, Inc., Mellon Human Resources & Investor Solutions, Inc. and ACS Human Resources Solutions, Inc.

STIPULATION TO EXTEND DATE AND TIME OF CMC